UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEMAN KENYATTA SMITH, JR., | No. 2:18-cv-2549-EFB P |
| Plaintiff, | |
| v. | ORDER |
| J. GROVE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 2, 2018, the court ordered plaintiff to file a signed complaint and either pay the filing fee or seek leave to proceed in forma pauperis. ECF No. 4. Plaintiff has since filed a signed complaint (ECF No. 5), but has neither paid the filing fee nor sought leave to proceed in forma pauperis.

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by 28 U.S.C. § 1915(a). The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated: November 14, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE