UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEMAN KENYATTA SMITH, JR., | No. 2:18-cv-2549-EFB P |
| Plaintiff, | |
| v. | ORDER |
| J. GROVE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 28, 2019, the court dismissed plaintiff's second amended complaint with leave to amend. ECF No. 9. On May 24, 2019, plaintiff filed an unsigned document purporting to be a third amended complaint. ECF No. 12.

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

The court cannot conduct the required screening of plaintiff's third amended complaint because plaintiff has not signed it. *See* ECF No. 1. Rule 11 of the Federal Rules of Civil

1

1 | Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at
2 | least one attorney of record in the attorney's name—or by a party personally if the party is
3 | unrepresented." Fed. R. Civ. P. 11(a). Because plaintiff did not sign the complaint (ECF No. 12),
4 | it will be disregarded. Within thirty days, plaintiff may file a third amended complaint that is
5 | signed. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the
6 | court."). Failure to comply with this order may result in a recommendation of dismissal for the
7 | reasons stated in the court's March 28, 2019 screening order.

So ordered.

Dated: May 29, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE