UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEMAN KENYATTA SMITH, Jr.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. GROVE, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:18-cv-02549-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On July 30, 2021, defendants filed a motion for summary judgment. ECF No. 37. Plaintiff failed to file a timely response to defendants' motion. Accordingly, on September 16, 2021, I ordered plaintiff to show cause within twenty-one days why this action should not be dismissed for failure to prosecute and for failure to comply with the court's local rules. ECF No. 40. I notified him that if he wished to continue this lawsuit, he also needed to file, within twenty-one days, either an opposition or statement of non-opposition to defendants' motion. I also warned him that failure to comply with the September 16 order would result in a recommendation that this action be dismissed.

The deadline has passed, and plaintiff has not filed an opposition or statement of non-opposition to defendants' motion nor otherwise responded to the September 16, 2021 order.

1   Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a United
2   States District Judge to this case.
3       Further, it is RECOMMENDED that:
4       1. This action be dismissed for failure to prosecute and failure to comply with court
5   orders.
6       2. The Clerk of Court be directed to close the case.
7       These findings and recommendations are submitted to the United States District Judge
8   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
9   after being served with these findings and recommendations, any party may file written
10  objections with the court and serve a copy on all parties.  Such a document should be captioned
11  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
12  objections shall be served and filed within fourteen days after service of the objections.  The
13  parties are advised that failure to file objections within the specified time may waive the right to
14  appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*
15  *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    November 5, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE